IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

BETTY F. HORNE

Plaintiff

v.

ALFRED J. DEPETRILLO,
ODESSA CORPORATION d/b/a
FASTSTOP CONVENIENCE
STORE, AND MICHAEL ROBERTS

CIVIL ACTION
DOCKET NO. C-04-76-M

[Proposed] Order

By agreement of Plaintiff and Gargiulo / Rudnick, LLP, it is hereby ORDERED:

1. the sum of $83,333.00 of the settlement proceeds will be paid by Defendant DePetrillo directly to Gargiulo / Rudnick, LLP to be held by Gargiulo / Rudnick, LLP in an escrow account until:

    a. further order of this Court,

    b. an order by any other court or tribunal of competent jurisdiction adjudicating the attorney fee dispute between Plaintiff, her former counsel the Honorable Lawrence MacLeod and Gargiulo / Rudnick, LLP;

    c. an arbitration award by an agreed-upon arbitrator; or

    d. a written settlement agreement between Betty F. Horne, her former counsel the Honorable Lawrence MacLeod and Gargiulo / Rudnick, LLP.

/s/ Steven J. McAuliffe
STEVEN ~~Stephen~~ J. McAuliffe,
District Judge ~~Justice~~ United States District Court
for the District of New Hampshire

9/23/05

P:\HORNE, BETTY F\MLK Order re escrow of fees 050922.doc

September ___, 2005